## Dunbar, to use, *v.* Mercer, Appellant.

Argued March 21, 1938. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*William A. Challener,* with him *William A. Challener, Jr.,* for appellant.

*Burtt Harris,* for appellee.

PER CURIAM, April 18, 1938:

The judgment of the Superior Court, reversing the judgment of the County Court of Allegheny County and granting a new trial, is affirmed on the opinion of Judge PARKER. Costs to be paid by appellant.